STATE OF NEW JERSEY v. ALBERT FRIEDMAN.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ZABINO HERNANDEZ.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CHASMER.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD HATCHER.

September 5, 1985.

Petition for certification denied.